■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD STORES, Appellant. [752 NYS2d 549] —Appeal by the de-

fendant from an order of the Supreme Court, Kings County (Marrus, J.), dated May 24, 2002, which, pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination designating him a level three sex offender was supported by clear and convincing evidence, and thus should not be disturbed (*see* Correction Law § 168-n [3]; *People v Wroten,* 286 AD2d 189). Smith, J.P., O'Brien, Krausman and Rivera, JJ., concur.